# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-02-00603-CV

---

**Della Moon, Appellant**

**v.**

**Texas Department of Protective and Regulatory Services, Appellee**

---

**FROM THE DISTRICT COURT OF CALDWELL COUNTY, 274TH JUDICIAL DISTRICT**
**NO. 01-FL-206, HONORABLE GARY L. STEEL, JUDGE PRESIDING**

---

The record in this cause was due September 23, 2002, but not timely filed. All parties were notified that the record was overdue. Tex. R. App. P. 37.3(a). The district-court clerk and the court reporter informed the Clerk of this Court that no record had been requested nor any payment arrangements made. *See id.* at 35.3(a), (b). By letter of November 15, 2002, appellant was informed that she needed to update this Court on the status of the appeal by December 2, 2002, or the appeal would be dismissed for

want of prosecution.  *See id*. at 42.3(b).  This Court has received no response.[1]  Accordingly, the appeal is dismissed for want of prosecution.  *Id*. at 37.3(b), 42.3(b), (c).


_____

Mack Kidd, Justice

Before Justices Kidd, B. A. Smith and Yeakel

Dismissed for Want of Prosecution

Filed:   December 12, 2002

Do Not Publish

_____

[1]  Appellant has not filed an affidavit of indigence or paid any of the filing fees due in this Court. Tex. R. App. P. 5.